JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TERRYANCE ACEY SMITH, | Case No. ED CV 10-1033-SVW (SP) |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| LELAND McEWEN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: April 24, 2012

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE